IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**JENNY LYNN TUCKER**                                                **PLAINTIFF**

v.                                                          **CIVIL ACTION # 2:07cv4-KS-MTP**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**                               **DEFENDANT**

**ORDER**

This cause comes before the Court on defendant's Motion to Affirm the Decision of the Commissioner [#10], and on Tucker's Motion for Judgment on the Pleadings [#7] seeking either a reversal of the Commissioner's decision or, alternatively, a remand of the case for further administrative proceedings.

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation [#13] of United States Magistrate Judge Michael T. Parker, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

**IT IS THEREFORE ORDERED** the Report and Recommendation of Magistrate Judge Michael T. Parker entered on February 15, 2008, should be, and hereby is, adopted in whole as the finding of this Court. Accordingly, for the reasons set forth in the Magistrate Judge's Report and Recommendation, it is

**ORDERED** that the Commissioner's Motion for an Order Affirming the Decision [#10] shall be, and hereby is, **GRANTED**; and Plaintiff's Motion for Judgment on the Pleadings [#7]

1

shall be, and hereby is, **DENIED.**

        **SO ORDERED AND ADJUDGED** on this, the 5th day of August, 2008.

                                      *s/Keith Starrett*
                                      UNITED STATES DISTRICT JUDGE